UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 8 2001

Leon L. Thomas
1901 Barrington Court
Mitchellville, MD 20721

    Plaintiff,

v.

Secretary of Transportation
400 7th Street, SW
Washington, D.C.

    Defendant.

CASE NUMBER 1:01CV00451

JUDGE: Emmet G. Sullivan

DECK TYPE: Employment Discrimination

DATE STAMP: 02/28/2001

JURY ACTION

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This cause of action is founded on Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e-5. This court has jurisdiction over this matter under 42 U.S.C. §§ 2000e-16.

2. Plaintiff is an adult citizen of the United States and a resident of Maryland. At times material to this complaint, plaintiff was employed with defendant as a Management/Program Analyst, GS-03433-14 in the FAA. His race is African-American.

3. Defendant is an employer within the Washington, DC area and is sued in his official capacity.

4. Plaintiff applied for a grade 15 promotion, ARP-10 on June 23, 1997. He was found qualified but a white male with no prior EEO activity was selected. Plaintiff had prior EEO activity at the time of his non-selection for the promotion. Plaintiff was better qualified than the selectee. From September 1995 to October 1997 plaintiff was subjected to a hostile environment and continuous pattern and

practice of discrimination and reprisal because of his race and prior EEO activity.

5. Plaintiff was the victim of intentional discrimination against him because of his race and reprisal for his prior EEO activity. Plaintiff has exhausted all administrative remedies prior to filing this complaint. This complaint is filed within 90 days of plaintiff's receipt of the decision of the Equal Employment Opportunity Commission in his appeal.

6. As a result of the intentional discrimination against him, plaintiff has suffered embarrassment, humiliation and emotional distress, pecuniary and non-pecuniary damages.

7. The actions complained of above are in violation of 42 U.S.C. §2000e-5.

8. Plaintiff is unable to afford an attorney and requests that the court appoint one to represent him.

WHEREFORE, plaintiff requests retroactive promotion, back pay with interest and all benefits, injunctive relief, attorney's fees and costs, compensatory damages and such other and further relief as may be just and proper.

*Leon L. Thomas*
Leon L. Thomas
1901 Barrington Court
Mitchellville, MD 20721
301-925-4643
Plaintiff Pro Se

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable.

*Leon L. Thomas*
Leon L. Thomas

2