UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEON L. THOMAS

    Plaintiff

v.

                                      CIVIL ACTION NO.01-00451-DAR

SECRETARY, DEPARTMENT OF TRANSPORTATION

    Defendant

SUPPLEMENTAL STIPULATION OF EQUITABLE RELIEF

The parties stipulate to the following equitable relief for plaintiff as the prevailing party in this case:

1. The Court shall retain jurisdiction to consider any claim of non-compliance with the terms of this Supplemental Stipulation.

2. Defendant shall provide interest on the attorneys fees and costs amounts for a period of 22 days in the amount of $128.00 by check payable to Joel P. Bennett, Esquire. Mr. Bennett will make pro rata distribution to himself and plaintiff.

3. Defendant shall also pay additional attorneys' fees of $760.00 by check payable solely to Joel P. Bennett, for time spent since June 23, 2004 to the date of this stipulation. Plaintiff may request additional attorney's fees if defendant does not comply with this stipulation.

4. The amounts in paragraphs 2 and 3 shall be paid within six weeks of the entry of this order.

5. Back pay due to the plaintiff shall be provided within six weeks of the entry of this Stipulation.

6. Interest on back pay, as provided by the previous stipulation in this case, approved by the court on May 24, 2004, shall be paid directly to plaintiff within six weeks of the Court's approval of this stipulation and entry on the docket.

7. Post judgment interest on the jury verdict previously entered in this case in the amount of $5,889.49 shall be paid to plaintiff within six weeks of the Court's approval of this Stipulation and entry on the docket.

_____/s/_____  
**JOEL P. BENNETT**  
**D.C. Bar No. 145227**  
**Law Offices of Joel P. Bennett, P.C.**  
**1208 Eton Court, NW**  
**Washington, D.C. 20007**  
**(202) 625-1970**

**Attorney for Plaintiff**

_____/s/_____  
**KENNETH L. WAINSTEIN,**  
**D.C. Bar #451058**  
**United States Attorney**

_____/s/_____  
**R. CRAIG LAWRENCE,**  
**D.C. Bar # 171538**  
**Chief, Civil Division**

_____/s/_____  
**LAURIE WEINSTEIN, D.C. Bar #389511**  
**Assistant United States Attorney**  
**555 4th St, NW, E 4820**  
**Washington, DC 20530**  
**202-514-7133**

So Ordered:  _____  
**U. S. MAGISTRATE JUDGE**

Dated: _____